## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| KEITH HOWARD, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>REDLINE GLOBAL, LLC, and ASSOCIATES IN EMERGENCY RESPONSE, LLC,<br><br>Defendants. | No: 3:21-CV-1538-RAM |

**NOTICE OF PLAINTIFF'S MOTION FOR ENTRY OF A DEFAULT JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 55(b)(2)**

PLEASE TAKE NOTICE that Plaintiff will move this Court, at such time and date to be determined by the Court, for an Order granting default judgment as well as such other and further relief as the Court deems just and proper.

Dated: New York, New York
        November 1, 2022

/s/ Jane A. Becker-Whitaker

Jane A. Becker-Whitaker
**Becker & Vissepo**
PO Box 9023914
San Juan, PR 00902-3914
787-945-2406; 787-585-3824


/s/ Frank J. Mazzaferro

Frank J. Mazzaferro

**FITAPELLI & SCHAFFER, LLP**
Frank J. Mazzaferro, *pro hac vice*
28 Liberty Street, 30th Floor
New York, NY 10005

Telephone: (212) 300-0375