IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| KEITH HOWARD, et al,<br><br>**Plaintiff**,<br><br>v.<br><br>REDLINE GLOBAL, LLC.,<br><br>**Defendant**. | **CIVIL NO.** 21-1538(RAM) |

### DEFAULT JUDGMENT

Pursuant to the Court's Memorandum and Order at Docket No. 38, it is hereby **ORDERED and ADJUDGED** that Plaintiffs Keith Howard, Tangell Pollard, Alvin L. Barrington, and Qiana Taylor recover the following damages from Defendant Redline Global, LLC.:

| Plaintiff | Damages |
|---|---|
| Keith Howard | $58,332.86 |
| Tangell Pollard | $170,496.00 |
| Alvin L. Barrington | $336,312.00 |
| Qiana Taylor | $38,070.00 |
| **Total Damages** | **$603,210.86** |

Furthermore, it is hereby **ORDERED and ADJUDGED** that Plaintiffs' legal counsel are awarded attorney's fees and costs as follows: (1) Frank J. Mazzaferro of Fitapelli & Schaffer, LLP ("F&S") is awarded **$11,972.50** in attorney's fees and **$805.01** in total costs; and (2) Jane A. Becker-Whitaker of the Law Offices of Jane Becker is awarded **$2,820.00** in attorney's fees.

**IT IS SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico this 28th day of April 2023.

                                        S/ RAÚL M. ARIAS-MARXUACH
                                        United States District Judge